UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARLENE MCCASLIN,

    Plaintiff,

  v.

TRANS UNION LLC, et al.,

    Defendants.

Case No. 14-cv-04768-BLF

**CASE MANAGEMENT ORDER**

On February 5, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Expert Disclosure Reports | 05/18/2015 |
| Fact Discovery Cut-Off | 06/08/2015 |
| Expert Discovery Cut-Off | 07/13/2015 |
| Last Day to Hear Dispositive Motions | 09/03/2015 at 9:00 am |
| Final Pretrial Conference | 11/19/2015 at 2:30 pm |
| Trial | 12/14/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

7 Dated: February 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge